IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 6 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01177-BNB

JOHN NASIOUS,

    Plaintiff,

v.

NU-WAY REAL ESTATE,
THOMAS N. BEABER, President – Nu-Way Real Estate,
MR. VIAPONDO – Sales Manager V.P.,
MR. FRENCH – Sales Manager,
MR. FRANK, (CEO), and
JOHN DOE 1,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Show Cause" filed on July 24, 2007, is DENIED as moot because the court has allowed Plaintiff to proceed without paying the initial partial filing fee.

Dated: August 6, 2007

Copies of this Minute Order mailed on August 6, 2007, to the following:

John Nasious
Prisoner No. 98775
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                /s/ Secretary/Deputy Clerk