IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01177-PSF-MEH

JOHN NASIOUS,

    Plaintiff,

v.

NU-WAY REAL ESTATE,
THOMAS N. BEABER, President – Nu-Way Real Estate,
MR. VIAPONDO – Sales Manager V.P.,
MR. FRENCH – Sales Manager,
MR. FRANK, (CEO), and
JOHN DOE 1,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to F.R.Civ.P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER ORDERED that the defendants or their counsel shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED:  August 17, 2007

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01177-PSF-MEH

John Nasious
Doc# 98775
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: Nu-Way Real Estate, Thomas N. Beaber, Mr. Viapondo, Mr. French, and Mr. Frank.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on: Nu-Way Real Estate, Thomas N. Beaber, Mr. Viapondo, Mr. French, and Mr. Frank. COMPLAINT filed on 06/29/07, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 8/22/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk