IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01177-PSF-MEH

JOHN NASIOUS,

    Plaintiff,

v.

NU-WAY REAL ESTATE,
THOMAS N. BEABER, President – Nu-Way Real Estate,
MR. VIAPONDO – Sales Manager V.P.,
MR. FRENCH – Sales Manager,
MR. FRANK, (CEO), and
JOHN DOE 1,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2007.**

    Plaintiff's Motion for Order [Filed August 24, 2007; Docket #15] is **granted as specified herein.** The Minute Order setting the Scheduling Conference is superseded by this Order. The Court will notify Plaintiff's Case Manager so that appearance by telephone can be arranged.

    It is hereby ORDERED that a Preliminary Scheduling/Status Conference is hereby set for **October 22, 2007,** at the hour of **9:45 a.m.,** in the Byron G. Rogers U.S. Courthouse, Courtroom 203, 1929 Stout Street, Denver, Colorado. The Plaintiff shall participate in this conference by telephone. Counsel may attend in person or by telephone, at counsel's discretion, but shall please notify Chambers at (303) 844-4507 if appearance by telephone is desired. The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference.

    The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed. No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

    Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
John Nasious #98775
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034