IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01177-REB-MEH

JOHN NASIOUS,

    Plaintiff,

v.

NU-WAY REAL ESTATE, et al.,

    Defendants

**ORDER ADOPTING IN PART RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#53], filed December 12, 2007; and (2) plaintiff's objections to that recommendation contained in **Plaintiff's Response to Magistrate's Recommendation to Defendants' Motion To Dismiss** [#58], filed December 27, 2007.  I overrule the objections, approve and adopt the recommendation in part, reject it in part, and accordingly, dismiss plaintiff's federal claims against the moving defendants.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which cognizable objections have been filed, and have considered carefully the recommendations, the objections, and the applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See* **Erickson v. Pardus**, – U.S. –,127 S.Ct. 2197, 2200, 75 USLW 3643 (2007); **Haines v. Kerner,** 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972); **Andrews v. Heaton**,

483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Plaintiff's objections are without merit. Nevertheless, I cannot adopt the magistrate judge's recommendation that plaintiff's Colorado Wage Act claim be dismissed for lack of supplemental jurisdiction because defendant Thomas N. Beaber was not among the movants who sought relief under Rule 12(b). The federal claims against him remain in this lawsuit, and I, thus, do not lack supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

However, I note that, in addition to the grounds set forth in the magistrate judge's recommendation warranting dismissal under Rule 12(b), it appears also that plaintiff may not maintain two of his three federal claims against the individual defendants, including Beaber. Because both Title VII and the Age Discrimination in Employment Act are directed to "employers," there is no cause of action against an individual supervisor under these statutes. **See Butler v. City of Prairie Village**, 172 F.3d 736, 744 (10th Cir. 1999) (ADEA); **Haynes v. Williams**, 88 F.3d 898, 900-01 (10th Cir. 1996) (Title VII).[1] It, thus, appears that these claims as against Beaber are likewise subject to dismissal, and I will, by separate order, direct plaintiff to show cause why they should not be dismissed as frivolous.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate

---

[1] Whether individual liability is available under the Equal Pay Act is a subject that has received little attention in the federal courts. The few courts that have considered the issue have reached divergent conclusions. **Compare Holliday WSIE 88.7 FM Radio Station**, 2005 WL 3312633 at *5 -*6 (S.D. Ill. Dec. 7, 2005), **and Bergstrom v. University of New Hampshire**, 943 F.Supp. 130, 135-36 (D.N.H. 1996), **with Harris v. City of Harvey**, 992 F.Supp. 1012, 1013-14 (N.D. Ill. 1998), **and Pommier v. James L. Edelstein Enterprises**, 816 F.Supp. 476, 481 (N.D. Ill. 1993).

judge should be approved and adopted, except insofar as they recommend that plaintiff's Colorado Wage Act claims be dismissed at this time for lack of supplemental jurisdiction.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#53], filed December 12, 2007, is **APPROVED AND ADOPTED** as an order of this court, except insofar as it recommends that plaintiff's Colorado Wage Act claims be dismissed for lack of supplemental jurisdiction;

2. That plaintiff's objections contained in **Plaintiff's Response to Magistrate's Recommendation to Defendants' Motion To Dismiss** [#58], filed December 27, 2007, are **OVERRULED** and **DENIED**;

3. That **Defendants' Motion To Dismiss Plaintiff's Complaint** [#41], filed November 2, 2007, is **GRANTED IN PART** with respect to plaintiff's Title VII, Age Discrimination in Employment Act, and Equal Pay Act claims, and those claims are **DISMISSED WITH PREJUDICE**; and

4. That the motion to dismiss is **DENIED** otherwise.

Dated January 31, 2008, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**